THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MARY GEISSINGER,** | § | **CASE NO. 4:05cv439** |
| | § | |
| PLAINTIFF, | § | |
| | § | **COMPLAINT: SUIT UNDER** |
| V. | § | **TITLE 29 U.S.C. §2601,** *et seq.* |
| | § | |
| **THE CUBE CORPORATION,** | § | |
| | § | |
| DEFENDANT. | § | **JURY TRIAL DEMANDED** |

## ORDER GRANTING DISMISSAL

ON THIS DAY came on for consideration the Plaintiff's Motion of Dismissal With Prejudice in the above captioned Complaint, and the Court taking judicial notice that the parties have settled their dispute concerning the matters in this litigation, and that no counterclaim was filed by Defendant, finds that the Motion should be granted, therefore,

IT IS ORDERED that this case be, and hereby is, DISMISSED WITH PREJUDICE, that all costs should be taxed against the party who incurred same, and that all other relief not expressly granted herein should be, and is, DENIED.

**SIGNED this 14th day of July, 2006.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE